IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSANN BECKER HURD, | |
| Plaintiff, | **8:23CV285** |
| vs. | |
| AUDREY LONG, MARK SCHMIDT, CYTHIA SCHMIDT, SCOTTSBLUFF PUBLIC SCHOOL DISTRICT, and AULICK, | **ORDER** |
| Defendants. | |

On June 29, 2023, Plaintiff Susann Becker Hurd filed an unsigned Complaint, Filing No. 1. That same day, the Clerk of Court advised Plaintiff that her Complaint was unsigned and therefore deficient. The Clerk of Court directed Plaintiff to "correct the deficiency" (i.e., file a signed Complaint) within 14 days, or the pleading "may be stricken from the record of this case." Filing No. 4 (text notice of deficiency). Plaintiff has failed to follow the Clerk of Court's directions.

Accordingly, the Court shall order Plaintiff to file a signed Complaint that complies with Federal Rule of Civil Procedure 11 and the Court's Local Rules. This matter cannot proceed until the foregoing deficiency is corrected. FAILURE TO CORRECT THE DEFECT WITHIN 30 DAYS WILL RESULT IN DISMISSAL OF THE COMPLAINT WITHOUT FURTHER NOTICE.

IT IS THEREFORE ORDERED that:

1.     Plaintiff is directed to correct the above-listed technical defect on or before **August 24, 2023**. Failure to comply with this Memorandum and Order will result in dismissal of this matter without prejudice and without further notice.

2.      The Clerk of Court is directed to set a pro se case management deadline in this matter with the following text: **August 24, 2023**: deadline to submit signed Complaint.

3.      No further review of this case shall take place until Plaintiff complies with this Memorandum and Order.

Dated this 25th day of July, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge